UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

MINAZ MUKHI-SKEES,

    Plaintiff,

v.                                          Case No:   6:18-cv-1680-Orl-37KRS

SEMINOLE COUNTY TAX
COLLECTOR; and SEMINOLE
COUNTY CLERK OF COURTS,

    Defendants.
_____

## ORDER ON INTERESTED PERSONS AND CORPORATE DISCLOSURE

This Court makes an active effort to review each case in order to identify parties and interested corporations in which the assigned District Judge or Magistrate Judge may have an interest, as well as for other matters that might require consideration of recusal.

It is therefore **ORDERED** that, within <u>fourteen (14) days</u> from the day of this Order or, if a party joins this action subsequent to the entry of this Order, from the date of a party's first appearance, each party, *pro se* party, governmental party, intervenor, non-party movant, and Rule 69 garnishee shall file and serve a "Certificate of Interested Persons and Corporate Disclosure Statement" substantially in the form attached.

It is **FURTHER ORDERED** that no party may seek discovery from any source before filing and serving a Certificate of Interested Persons and Corporate Disclosure Statement. A motion, memorandum, response, or other paper – including emergency

motions – may be denied or stricken unless the filing party has previously filed and served a Certificate of Interested Persons and Corporate Disclosure Statement.

It is **FURTHER ORDERED** that each party has a continuing obligation to file and serve an amended Certificate of Interested Persons and Corporate Disclosure Statement within <u>fourteen (14) days</u> of discovering any ground for amendment, for conflict of interest, for recusal, or for disqualification of the judicial officer.

It is **FURTHER ORDERED** that, in order to assist the Court in determining when a conflict of interest may exist, each party shall use the full caption of this case, including the names of all parties and intervenors, on all motions, memoranda, papers, and proposed orders submitted to the Clerk. *See* Fed. R. Civ. P. 10 (a); Local Rule 1.05(b).

**DONE AND ORDERED** in Orlando, Florida, on October 16, 2018.

          **ROY B. DALTON, JR.**
          United States District Judge


By: ___/s/ Landon Countryman___
          Deputy Clerk

Copies to:    Counsel of Record
                *Pro Se* Parties

**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION**

[Insert caption of the case]

**Certificate of Interested Persons and
<u>Corporate Disclosure Statement</u>**

I hereby disclose the following pursuant to this Court's Order on Interested Persons and Corporate Disclosure:

1. The name of each person, attorney, association of persons, firm, law firm, partnership, and corporation that has or may have an interest in a party to this action or in the outcome of this action, including subsidiaries, conglomerates, affiliates, parent corporations, publicly-traded companies that own 10% or more of a party's stock, and all other identifiable legal entities related to a party:

[insert list][1]

2. The name of every other entity whose publicly-traded stock, equity, or debt may be substantially affected by the outcome of the proceedings:

[insert list]

3. The name of every other entity which is likely to be an active participant in the proceedings, including the debtor and members of the creditors' committee (or if no creditors' committee the 20 largest unsecured creditors):

[insert list]

4. The name of each victim (individual and corporate), including every person who may be entitled to restitution:

[insert list]

5. Check one of the following:

_____ a. I certify that I am unaware of any actual or potential conflict of interest involving the District Judge and Magistrate Judge assigned to this case and will immediately notify the Court in writing upon learning of any such conflict.
- or -
_____ b. I certify that I am aware of a conflict or basis of recusal of the District Judge or Magistrate Judge as follows:

[insert explanation]

---

[1] A party should not routinely list the assigned District Judge or Magistrate Judge as an "interested person" absent some non-judicial interest.